IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL DUCLOS,
    Plaintiff,

vs.                              3:07cv249/MCR/MD

JAMES MCDONOUGH, et al.,
    Defendants.
                              /

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 3, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is dismissed without prejudice to its refiling by either the full $350.00 filing fee or a complete motion to proceed *in forma pauperis* with adequate supporting documentation for each named plaintiff.

DONE AND ORDERED this 14th day of February, 2008.


                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**